# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
Case No.: 0:17-cv-1069 (SRN/KMM)

| | |
|---|---|
| Che C. Clark on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JPMorgan Chase Bank, N.A. d/b/a Chase Auto Finance, and Repossessors Inc,<br><br>Defendant. | **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that Plaintiff as representative of the settlement class, by and through her attorneys, hereby moves the Court for an order granting final approval of the class action settlement, and entry of a final judgment, in accordance with the terms set forth more in the Settlement Agreement and Release. (ECF No. 36-1). Plaintiff's motion will be based on the arguments of counsel, pleadings, files, declarations, exhibits, and memorandum of law submitted herewith in accordance with the Local Rules for the United States District Court for the District of Minnesota.

Dated: December 4, 2018        **TARSHISH CODY, PLC**

By:  *s/ Adam R. Strauss*
　　 Adam R. Strauss (#0390942)
　　 ars@attorneysinmn.com
　　 6337 Penn Avenue South
　　 Minneapolis, Minnesota 55423
　　 Telephone: (952) 361-5556
　　 Facsimile: (952) 361-5559

Dated:  December 4, 2018 **CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr. (#0249646)
tommy@consumerjusticecenter.com
367 Commerce Court
Vadnais Heights, Minnesota 55127
Telephone: (651) 770-9707
Facsimile: (651) 704-0907

**ATTORNEYS FOR PLAINTIFF**